UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                      §
                                            §
RANDY J AHRENDT                             §   Case No. 11-33784
                                            §
                                            §
                    Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

    4. The trustee realized gross receipts of                       $

           Funds were disbursed in the following amounts:

           Payments made under an interim
           disbursement
           Administrative expenses
           Bank service fees
           Other payments to creditors
           Non-estate funds paid to 3rd Parties
           Exemptions paid to the debtor
           Other payments to the debtor

           Leaving a balance on hand of[1]                          $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $____, and now requests reimbursement for expenses of $____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/GREGG SZILAGYI_____
                                                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-33784 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
| Case Name: | RANDY J AHRENDT | | | | Date Filed (f) or Converted (c): | 08/18/2011 (f) |
| | | | | | 341(a) Meeting Date: | 09/12/2011 |
| For Period Ending: | 06/25/2014 | | | | Claims Bar Date: | 12/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. checking account with PNC Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. security deposit with landlord | 750.00 | 750.00 | | 0.00 | FA |
| 4. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. usual and ordinary wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 6. insurance policy with Northwestern Mutual | 2,051.00 | 0.00 | | 0.00 | FA |
| 7. IRA with Morgan Stanley | 13,000.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) with Fidelity | 94,000.00 | 0.00 | | 0.00 | FA |
| 9. pension with GE | 0.00 | 0.00 | | 0.00 | FA |
| 10. 600 shares of GE Stock | 9,738.00 | 9,738.00 | | 9,719.00 | FA |
| 11. 2005 Nissan Murano 4 Door Sport Utility SL - with over 59,0 | 11,000.00 | 4,800.00 | | 0.00 | FA |
| 12. timeshare | 0.00 | Unknown | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.76 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $131,939.00   $15,288.00   $9,719.76   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2012    Current Projected Date of Final Report (TFR):

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-33784  
Case Name: RANDY J AHRENDT  
Taxpayer ID No: XX-XXX5306  
For Period Ending: 06/25/2014  

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5567  
Checking Acccount  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/30/12 | | Transfer from Acct# XXXXXX9509 | Transfer of Funds | 9999-000 | $9,611.51 | | $9,611.51 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $5.92 | $9,605.59 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $6.12 | $9,599.47 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $5.92 | $9,593.55 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $6.11 | $9,587.44 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.25 | $9,573.19 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $12.86 | $9,560.33 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.21 | $9,546.12 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.73 | $9,532.39 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.17 | $9,518.22 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.69 | $9,504.53 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.13 | $9,490.40 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.11 | $9,476.29 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.64 | $9,462.65 |
| 11/07/13 | 1002 | ILLINOIS DEPARTMENT OF REVENUE | IL-1041 | 2810-000 | | $276.00 | $9,186.65 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.07 | $9,172.58 |

COLUMN TOTALS   $9,611.51   $438.93

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

Page Subtotals:   $9,611.51   $438.93

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $9,611.51 | $0.00 |
| Subtotal | $0.00 | $438.93 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $438.93 |

Exhibit B

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No: 11-33784
Case Name: RANDY J AHRENDT
Taxpayer ID No: XX-XXX5306
For Period Ending: 06/25/2014

Trustee Name: GREGG SZILAGYI
Bank Name: Bank of America
Account Number/CD#: XXXXXX9509
MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 10 | AHRENDT, RANDY | LIQUIDATION OF GE STOCK | 1129-000 | $9,719.00 | | $9,719.00 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $9,719.04 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,719.12 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.98 | $9,707.14 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,707.22 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.73 | $9,694.49 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,694.57 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.52 | $9,683.05 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,683.13 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.91 | $9,671.22 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,671.30 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.29 | $9,659.01 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,659.09 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.27 | $9,646.82 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,646.90 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.47 | $9,635.43 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,635.51 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $9,719.68  $84.17

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 11-33784 | | Trustee Name: | GREGG SZILAGYI |
| Case Name: | RANDY J AHRENDT | | Bank Name: | Bank of America |
| | | | Account Number/CD#: | XXXXXX9509 |
| | | | | MONEY MARKET ACCOUNT |
| Taxpayer ID No: | XX-XXX5306 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/25/2014 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.64 | $9,622.87 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.08 | | $9,622.95 |
| 08/30/12 | | Bank of America | | 2600-000 | | $11.44 | $9,611.51 |
| 08/30/12 | | Transfer to Acct# XXXXXX5567 | Transfer of Funds | 9999-000 | | $9,611.51 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $9,719.76 | $9,719.76 |
| Less: Bank Transfers/CD's | $0.00 | $9,611.51 |
| Subtotal | $9,719.76 | $108.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,719.76 | $108.25 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*    Page Subtotals:    $0.08    $9,635.59

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX5567 - Checking Acccount | $0.00 | $438.93 | $9,172.58 |
| XXXXXX9509 - MONEY MARKET ACCOUNT | $9,719.76 | $108.25 | $0.00 |
|  | $9,719.76 | $547.18 | $9,172.58 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,719.76 |
| Total Gross Receipts: | $9,719.76 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-33784-TAB  
Debtor Name: RANDY J AHRENDT  
Claims Bar Date: 12/14/2011  

Date: June 25, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $1,721.98 | $1,721.98 |
| 100 2200 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Administrative | | $0.00 | $0.00 | $0.00 |
| 100 3410 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS  60601 | Administrative | | $0.00 | $768.00 | $768.00 |
| 1 280 5800 | Department of the Treasury-IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Priority | | $0.00 | $4,684.76 | $4,684.76 |
| 1 300 7100 | Department of the Treasury-IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA  19101-7346 | Unsecured | | $0.00 | $896.60 | $896.60 |
| 2 300 7100 | N. A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE  19886-5102 | Unsecured | | $0.00 | $3,536.47 | $3,536.47 |
| 4 300 7100 | Linda Price Ahrendt<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago, IL  60602 | Unsecured | | $0.00 | $49,472.49 | $49,472.49 |
| 5 300 7100 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH  44101 | Unsecured | | $0.00 | $2,747.98 | $2,747.98 |
| | Case Totals | | | $0.00 | $63,828.28 | $63,828.28 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-33784
Case Name: RANDY J AHRENDT
Trustee Name: GREGG SZILAGYI

    Balance on hand      $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ | $ | $ |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses      $_____

    Remaining Balance      $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | $ | $ | $ |

    Total to be paid to priority creditors     $_____

    Remaining Balance     $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | $ | $ | $ |
| 2 | N. A. FIA CARD SERVICES | $ | $ | $ |
| 4 | Linda Price Ahrendt | $ | $ | $ |
| 5 | PNC BANK | $ | $ | $ |

    Total to be paid to timely general unsecured creditors     $_____

    Remaining Balance     $_____

    Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE