UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RANDY J AHRENDT § Case No. 11-33784
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GREGG SZILAGYI, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/06/2014 in Courtroom 613,
U.S. Bankrptcy Court
219 S. Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/01/2014      By: /s/ Gregg Szilagyi
                                                          Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
RANDY J AHRENDT § Case No. 11-33784
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,719.76 |
| and approved disbursements of | $ | 547.18 |
| leaving a balance on hand of[1] | $ | 9,172.58 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 1,721.98 | $ 0.00 | $ 1,721.98 |
| Accountant for Trustee Fees: POPOWCER KATTEN LTD. | $ 768.00 | $ 0.00 | $ 768.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,489.98 |
| Remaining Balance | $ 6,682.60 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 4,684.76  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | $ 4,684.76 | $ 0.00 | $ 4,684.76 |
| | Total to be paid to priority creditors | | | $ 4,684.76 |
| | Remaining Balance | | | $ 1,997.84 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 56,653.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  3.5  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Department of the Treasury-IRS | $ 896.60 | $ 0.00 | $ 31.62 |
| 2 | N. A. FIA CARD SERVICES | $ 3,536.47 | $ 0.00 | $ 124.71 |
| 4 | Linda Price Ahrendt | $ 49,472.49 | $ 0.00 | $ 1,744.61 |
| 5 | PNC BANK | $ 2,747.98 | $ 0.00 | $ 96.90 |
| | Total to be paid to timely general unsecured creditors | | | $ 1,997.84 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Gregg Szilagyi
                Trustee

*GREGG SZILAGYI*
*542 SOUTH DEARBORN STREET*
*SUITE 1400*
*CHICAGO, IL  60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:   Case No. 11-33784-TAB
Randy J Ahrendt   Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1   User: bchavez   Page 1 of 1   Date Rcvd: Jul 02, 2014
                  Form ID: pdf006   Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2014.
```
db          +Randy J Ahrendt,    8428 West 103rd Terrace, Apartment 204,    Palos Hills, IL 60465-3417
17822820    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:  FIA CARD SERVICES, N.A.,     PO Box 15102,    Wilmington, DE 19886-5102)
17685811     Bank of America,    P. O. Box 851001,    Dallas, TX 75285-1001
17685812    +Citibank South Dakota, N. A.,    c/o United Collection Bureau, Inc.,
              5620 Southwyck Boulevard, Suite 206,    Toledo, OH 43614-1501
17685813    +Citibank South Dakota, N. A.,    c/o Blitt and Gaines, P. C.,    661 Glenn Avenue,
              Wheeling, IL 60090-6017
17685815     Grotta and Associates, P. C.,    10775 West 163rd Place,    Orland Park, IL 60467-8861
17685817    +Linda Price Ahrendt,    c/o Gina B Krol,    105 W Madison St Ste 1100,    Chicago, IL 60602-4600
17685818    +Macy's,    P. O. Box 8218,    Mason, OH 45040-8218
17685819    +Mayan Resorts,    P. O. Box 56369,    Houston, TX 77256-6369
18249539    +PNC BANK,    PO BOX 94982,    CLEVELAND, OH 44101-4982
17685821    +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
17685820     Paradise Vacation Club,    P. O. Box 27130,    Santa Ana, CA 92799-7130
17685823     US Bank Mortgage c/o,    Professional Bureau of Collections,    9675 Elk Grove-Florin Road,
              Elk Grove, CA 95624
17685824    +Westgate Vacation Villas Owners Assoc Inc,    2801 Old Winter Garden Rd,    Ocoee FL 34761-2965
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17685816      E-mail/Text: cio.bncmail@irs.gov Jul 03 2014 01:21:03      Department of the Treasury-IRS,
               Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
17685814     +E-mail/Text: don@regionalrecoveryservice.com Jul 03 2014 01:22:33      Dr Daniel Rady,
               c/o CB USA, Inc.,    5252 South Hohman Avenue,    Hammond, IN 46320-1723
                                                                                              TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17685822       Scenic Tree Conversions
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2014   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2014 at the address(es) listed below:
```
          Ariane  Holtschlag    on behalf of Debtor Randy J Ahrendt aholtschlag@wfactorlaw.com,
           gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com
          E. Philip  Groben    on behalf of Creditor Linda  Price-Ahrendt pgroben@cohenandkrol.com,
           trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
          Gina B Krol, ESQ    on behalf of Creditor Linda  Price-Ahrendt gkrol@cohenandkrol.com,
           gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
          Gregg  Szilagyi     gs@tailserv.com, gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Gregg  Szilagyi    on behalf of Trustee Gregg  Szilagyi gs@tailserv.com,
           gszilagyi@ecf.epiqsystems.com;gszilagyi@epiqtrustee.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 6
```