UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| RANDY J AHRENDT | § | Case No. 11-33784 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GREGG SZILAGYI, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 5,550.00                                Assets Exempt: 116,651.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 6,682.60         Claims Discharged
                                                                         Without Payment: 198,941.69

Total Expenses of Administration: 3,037.16

---

3) Total gross receipts of $ 9,719.76  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,719.76 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 3,814.77 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,037.16 | 3,037.16 | 3,037.16 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 5,000.00 | 4,684.76 | 4,684.76 | 4,684.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 135,471.22 | 56,653.54 | 56,653.54 | 1,997.84 |
| **TOTAL DISBURSEMENTS** | $ 144,285.99 | $ 64,375.46 | $ 64,375.46 | $ 9,719.76 |

4) This case was originally filed under chapter 7 on 08/18/2011 . The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/23/2015          By:/s/GREGG SZILAGYI
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 600 shares of GE Stock | 1129-000 | 9,719.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.76 |
| **TOTAL GROSS RECEIPTS** | | **$9,719.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mayan Resorts P. O. Box 56369 Houston, TX 77256 | | 592.41 | NA | NA | 0.00 |
| | Paradise Vacation Club P. O. Box 27130 Santa Ana, CA 92799-7130 | | 1,368.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Westgate Resorts 2801 Old Winter Garden Road Ocoee, FL 34761-2965 | | 1,853.45 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 3,814.77 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | 2100-000 | NA | 1,721.98 | 1,721.98 | 1,721.98 |
| Gregg Szilagyi | 2200-000 | NA | 0.00 | 0.00 | 0.00 |
| Associated Bank | 2600-000 | NA | 162.93 | 162.93 | 162.93 |
| Bank of America | 2600-000 | NA | 108.25 | 108.25 | 108.25 |
| ILLINOIS DEPARTMENT OF REVENUE | 2810-000 | NA | 276.00 | 276.00 | 276.00 |
| POPOWCER KATTEN LTD. | 3410-000 | NA | 768.00 | 768.00 | 768.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 3,037.16 | $ 3,037.16 | $ 3,037.16 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 7346 Philadelphia, PA 19101-7346 | | 5,000.00 | NA | NA | 0.00 |
| 1 | Department of the Treasury- IRS | 5800-000 | NA | 4,684.76 | 4,684.76 | 4,684.76 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 5,000.00 | $ 4,684.76 | $ 4,684.76 | $ 4,684.76 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P. O. Box 851001 Dallas, TX 75285-1001 | | 3,459.97 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank South Dakota, N. A. c/o Blitt and Gaines, P. C. 661 Glenn Avenue Wheeling, IL 60090 | | 8,935.79 | NA | NA | 0.00 |
| | Citibank South Dakota, N. A. c/o United Collection Bureau, Inc. 5620 Southwyck Boulevard, Suite 206 Toledo, OH 43614 | | 0.00 | NA | NA | 0.00 |
| | Dr Daniel Rady c/o CB USA, Inc. 5252 South Hohman Avenue Hammond, IN 46320 | | 210.00 | NA | NA | 0.00 |
| | Grotta and Associates, P. C. 10775 West 163rd Place Orland Park, IL 60467-8861 | | 9,851.05 | NA | NA | 0.00 |
| | Linda Price c/o Law Office of Randal J. Wray 9501 W. 144th Place, Suite 104 Orland Park, IL 60462 | | 50,000.00 | NA | NA | 0.00 |
| | Macy's P. O. Box 8218 Mason, OH 45040 | | 18.00 | NA | NA | 0.00 |
| | PNC Bank 2730 Liberty Avenue Pittsburgh, PA 15222 | | 2,658.09 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank Mortgage c/o Professional Bureau of Collections 9675 Elk Grove-Florin Road Elk Grove, CA 95624 | | 60,338.32 | NA | NA | 0.00 |
| 1 | Department of the Treasury-IRS | 7100-000 | NA | 896.60 | 896.60 | 31.62 |
| 4 | Linda Price Ahrendt | 7100-000 | NA | 49,472.49 | 49,472.49 | 1,744.61 |
| 2 | N. A. FIA CARD SERVICES | 7100-000 | NA | 3,536.47 | 3,536.47 | 124.71 |
| 5 | PNC BANK | 7100-000 | NA | 2,747.98 | 2,747.98 | 96.90 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 135,471.22 | $ 56,653.54 | $ 56,653.54 | $ 1,997.84 |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 11-33784 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | GREGG SZILAGYI |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | RANDY J AHRENDT | | | | Date Filed (f) or Converted (c): | 08/18/2011 (f) |
| | | | | | 341(a) Meeting Date: | 09/12/2011 |
| For Period Ending: | 07/23/2015 | | | | Claims Bar Date: | 12/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. cash on hand | 100.00 | 0.00 | | 0.00 | FA |
| 2. checking account with PNC Bank | 200.00 | 0.00 | | 0.00 | FA |
| 3. security deposit with landlord | 750.00 | 750.00 | | 0.00 | FA |
| 4. household goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. usual and ordinary wearing apparel | 100.00 | 0.00 | | 0.00 | FA |
| 6. insurance policy with Northwestern Mutual | 2,051.00 | 0.00 | | 0.00 | FA |
| 7. IRA with Morgan Stanley | 13,000.00 | 0.00 | | 0.00 | FA |
| 8. 401(k) with Fidelity | 94,000.00 | 0.00 | | 0.00 | FA |
| 9. pension with GE | 0.00 | 0.00 | | 0.00 | FA |
| 10. 600 shares of GE Stock | 9,738.00 | 9,738.00 | | 9,719.00 | FA |
| 11. 2005 Nissan Murano 4 Door Sport Utility SL - with over 59,0 | 11,000.00 | 4,800.00 | | 0.00 | FA |
| 12. timeshare | 0.00 | Unknown | OA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.76 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $131,939.00   $15,288.00   $9,719.76   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/2012   Current Projected Date of Final Report (TFR):

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 11-33784  
Case Name: RANDY J AHRENDT  
Taxpayer ID No: XX-XXX5306  
For Period Ending: 07/23/2015  

Trustee Name: GREGG SZILAGYI  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX5567  
Checking Acccount  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/30/12 | | Transfer from Acct# XXXXXX9509 | Transfer of Funds | 9999-000 | $9,611.51 | | $9,611.51 |
| 10/16/12 | | Associated Bank | Technology Fee | 2600-000 | | $5.92 | $9,605.59 |
| 11/05/12 | | Associated Bank | Technology Fee | 2600-000 | | $6.12 | $9,599.47 |
| 12/07/12 | | Associated Bank | Technology Fee | 2600-000 | | $5.92 | $9,593.55 |
| 01/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $6.11 | $9,587.44 |
| 02/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.25 | $9,573.19 |
| 03/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $12.86 | $9,560.33 |
| 04/05/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.21 | $9,546.12 |
| 05/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.73 | $9,532.39 |
| 06/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.17 | $9,518.22 |
| 07/08/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.69 | $9,504.53 |
| 08/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.13 | $9,490.40 |
| 09/09/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.11 | $9,476.29 |
| 10/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $13.64 | $9,462.65 |
| 11/07/13 | 1002 | ILLINOIS DEPARTMENT OF REVENUE | IL-1041 | 2810-000 | | $276.00 | $9,186.65 |
| 11/07/13 | | Associated Bank | Technology Fee | 2600-000 | | $14.07 | $9,172.58 |
| 08/06/14 | 1003 | Gregg Szilagyi<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois  60605 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $1,721.98 | $7,450.60 |
| | | | Page Subtotals: | | $9,611.51 | $2,160.91 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-33784 | Trustee Name: GREGG SZILAGYI |
| Case Name: RANDY J AHRENDT | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX5567 |
| | Checking Acccount |
| Taxpayer ID No: XX-XXX5306 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/06/14 | 1004 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $768.00 | $6,682.60 |
| 08/06/14 | 1005 | Department of the Treasury-IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $4,684.76 | $1,997.84 |
| 08/06/14 | 1006 | Department of the Treasury-IRS<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Final distribution to claim 1 representing a payment of 3.53 % per court order. | 7100-000 | | $31.62 | $1,966.22 |
| 08/06/14 | 1007 | N. A. FIA CARD SERVICES<br>PO Box 15102<br>Wilmington, DE 19886-5102 | Final distribution to claim 2 representing a payment of 3.53 % per court order. | 7100-000 | | $124.71 | $1,841.51 |
| 08/06/14 | 1008 | Linda Price Ahrendt<br>c/o Gina B Krol<br>105 W Madison St Ste 1100<br>Chicago, IL 60602 | Final distribution to claim 4 representing a payment of 3.53 % per court order. | 7100-000 | | $1,744.61 | $96.90 |
| 08/06/14 | 1009 | PNC BANK<br>PO BOX 94982<br>CLEVELAND, OH 44101 | Final distribution to claim 5 representing a payment of 3.53 % per court order. | 7100-000 | | $96.90 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $9,611.51 | $9,611.51 |
| Less: Bank Transfers/CD's | $9,611.51 | $0.00 |
| Subtotal | $0.00 | $9,611.51 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $9,611.51 |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Page Subtotals:    $0.00    $7,450.60

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 11-33784 | Trustee Name: | GREGG SZILAGYI |
|---|---|---|---|
| Case Name: | RANDY J AHRENDT | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX9509 |
| | | | MONEY MARKET ACCOUNT |
| Taxpayer ID No: | XX-XXX5306 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/23/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/14/11 | 10 | AHRENDT, RANDY | LIQUIDATION OF GE STOCK | 1129-000 | $9,719.00 | | $9,719.00 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $9,719.04 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,719.12 |
| 12/30/11 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.98 | $9,707.14 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,707.22 |
| 01/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.73 | $9,694.49 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,694.57 |
| 02/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.52 | $9,683.05 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,683.13 |
| 03/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.91 | $9,671.22 |
| 04/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,671.30 |
| 04/30/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.29 | $9,659.01 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,659.09 |
| 05/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.27 | $9,646.82 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,646.90 |
| 06/29/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $11.47 | $9,635.43 |
| 07/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.08 | | $9,635.51 |

Page Subtotals: $9,719.68   $84.17

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-33784 | Trustee Name: GREGG SZILAGYI |
| Case Name: RANDY J AHRENDT | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX9509 |
| | MONEY MARKET ACCOUNT |
| Taxpayer ID No: XX-XXX5306 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/23/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | Bank of America | BANK AND TECHNOLOGY SERVICE FEE | 2600-000 | | $12.64 | $9,622.87 |
| 08/30/12 | INT | Bank of America | | 1270-000 | $0.08 | | $9,622.95 |
| 08/30/12 | | Bank of America | | 2600-000 | | $11.44 | $9,611.51 |
| 08/30/12 | | Transfer to Acct# XXXXXX5567 | Transfer of Funds | 9999-000 | | $9,611.51 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,719.76 | $9,719.76 |
| Less: Bank Transfers/CD's | $0.00 | $9,611.51 |
| Subtotal | $9,719.76 | $108.25 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,719.76 | $108.25 |

UST Form 101-7-TDR (10/1/2010) (Page: 12)

Page Subtotals: $0.08   $9,635.59

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX5567 - Checking Acccount | $0.00 | $9,611.51 | $0.00 |
| XXXXXX9509 - MONEY MARKET ACCOUNT | $9,719.76 | $108.25 | $0.00 |
| | $9,719.76 | $9,719.76 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,719.76 |
| Total Gross Receipts: | $9,719.76 |